UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>FREDERICK L. WU,<br>　　　　　Defendant. | Case No. 18-cv-00403-MEJ<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

The United States of America filed a Petition to Enforce an Internal Revenue Service Summons. Pet., Dkt. No. 1. Good cause having been shown, the Court ORDERS Respondent Frederick L. Wu to show cause why he should not be compelled to appear and provide documents described in the summons served on Respondent June 14, 2017. *See id.*, Ex. A. Respondent shall appear before the Court on April 26, 2018 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

No later than February 19, 2018, Petitioner shall serve a copy of this Order to Show Cause, together with a copy of the Petition, upon Respondent in accordance with Federal Rule of Civil Procedure 4. Respondent may file a written response to the Petition by March 22, 2018, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to make. Petitioner may file a reply to the response no later than April 5, 2018.

**IT IS SO ORDERED.**

Dated: February 5, 2018

　　　　　　　　　　　_____
　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　United States Magistrate Judge